UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELAINE WANG | : | |
|       Plaintiff(s), | : | Civil 20-13318 (SDW) |
| v. | : | Order for Dismissal |
| | : | Pursuant to F.R. Civ. P.4(m) |
| IMMUNOMEDICS, INC., ET AL. | : | |
|       Defendant(s), | : | |

It appearing that the above captioned action having been pending for more than 90 days and plaintiff having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

It is on this 17TH day of February, 2021

O R D E R E D  that the above captioned  action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.


                                           *s/Susan D. Wigenton*
                                      United States District Court Judge